# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVSION

| | |
|---|---|
| Jonathan A Garza, *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>Brinker International Inc. d/b/a Chili's,<br><br>Defendant. | Case No.: 2:23-cv-04848-CBM-MAAx<br>**ORDER**<br>[16]     [JS-6] |

Based on the Stipulation of counsel, Jonathan Garza's individual claims against Defendant are dismissed with prejudice and without prejudice as to the claims of the putative class; each party to bear its own attorney fees and costs.

Date: OCTOBER 4, 2023

_____

HON. CONSUELO B. MARSHALL

UNITED STATES DISTRICT JUDGE